**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 100.16.211.154**

**ISP:** Verizon Fios
**Physical Location:** Aberdeen, MD

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 11/24/2018 23:16:04 | BD5BC05BC16B07844EDDD6E8E48F8119B436BC55 | California Couple Cumming in Malibu |
| 11/24/2018 15:46:45 | 7507F3BAB83C800DE1F7AC97298A992A8D8DA05D | Sex Love and Rock N Roll |
| 11/24/2018 14:55:11 | 75B6A4A475999D75F5F20AD2FAC78080B1766BE4 | Strip Tease Making Me Cum |
| 10/17/2018 13:28:44 | 511D6FBD106FA538974F251AB9F1B1B8B6CBE052 | Hot Russian Fucking |
| 10/17/2018 03:33:08 | F9E8027D498F852041B09E669F8088539C608B86 | Surprise Sex For Three |
| 10/17/2018 03:16:53 | 6A6FC9C13F279FA51EE7F3658A3296F273C7089D | Sexy Surfing Lessons |
| 10/17/2018 03:15:31 | 270330701EEC1161D7229136BB938DA1D8ABDF55 | 18 Year Old Models First Time Threesome |
| 10/16/2018 21:35:36 | E52CD0535018BED62F50F3AF807E3751587F8E27 | Sexy Movies Cum Inside |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

MD728